**ATCHISON, TOPEKA AND SANTA FE RAILWAY COMPANY, Respondent,**

v.

**VIP SALES COMPANY, INC., Appellant.**

**No. WD 35093.**

Missouri Court of Appeals, Western District.

June 5, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied July 31, 1984.

G. Steven Ruprecht and Arnold R. Day of Margolin and Kirway, Kansas City, for appellant.

Jack D. Rowe and Thomas S. Stewart, Kansas City, for respondent.

Before LOWENSTEIN, P.J., and MANFORD, and BERREY, JJ.

### ORDER

PER CURIAM.

This is a civil action to recover charges and costs for the shipment of goods. The case was tried upon a written stipulation of facts. Judgment was entered for the sum of $9,967.74 and costs.

The judgment is affirmed. Rule 84.16(b).